IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-127-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DR. VENUS PITTS, <br>                       Plaintiff, <br> v. <br> JEFFREY G. HEDGES, *et al.*, <br>                       Defendants. | O R D E R |

This matter is before the Court on the United States of America's motion to dismiss its remaining claims alleged in its complaint in intervention. [DE 204]. Relator has responded, indicating her non-opposition to the United States' motion to dismiss. Relator further voluntarily dismisses any non-intervened claims without prejudice, which is unopposed by the United States. [DE 206]. The remaining defendants in this case have failed to respond to the motion to dismiss within the time provided, and the matter is therefore ripe for ruling.

Accordingly, and pursuant to Rules 41(a)(2), the remaining claims alleged in the United States' complaint in intervention [DE 48] against defendants Jeffrey G. Hedges, ADIO Management Company, Inc., and Medical Fusion, LLC but not resolved in the Court's order on summary judgment [DE 196] are hereby DISMISSED.

Consistent with the order on summary judgment, the Clerk is DIRECTED to enter judgment in favor of the United States and against defendants Jeffrey G. Hedges and ADIO Management Company for $1,097,975.24, as of the date of entry of this order.

Additionally, all non-intervened claims alleged by relator are hereby DISMISSED WITHOUT PREJUDICE.

The Clerk is further DIRECTED to enter judgment and close the case.

SO ORDERED, this 26 day of August 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE